1 **Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
2 **Noah Horst**, OSB No. 076089
Email: noah@lmhlegal.com
3 Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
4 Portland, Oregon 97205
Telephone: (971) 229-1241
5

6 **Stephanie Pollan**, OSB No. 064736
Email: stephanie@stephaniepollanlaw.com
7 Law Office of Stephanie Pollan
9900 SW Wilshire Street, Suite 140
8 Portland, Oregon 97225
Telephone: (503) 206-5292
9

10 **Attorneys for Plaintiff**

11

12                 IN THE UNITED STATES DISTRICT COURT

13                        FOR THE DISTRICT OF OREGON

14                             PORTLAND DIVISION

15 | **JENNIFER BARNO,** as personal representative of the estate of **RICHARD PETERS,** | Cause No. 3:20-cv-491-SI |
16 | | **STIPULATED DISMISSAL OF ACTION** |
17 | Plaintiff, | |
18 | vs. | |
19 | | |
20 | **CITY OF HILLSBORO, JOSEPH EDWARDS,** | |
21 | | |
22 | Defendants. | |

23       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through

24 their respective counsel of record, hereby stipulate to the dismissal of this action in its entirety,

25

STIPULATED DISMISSAL OF ACTION - 1            **LEVI MERRITHEW HORST PC**
                                              610 SW ALDER ST. SUITE 415
                                              PORTLAND, OR 97205
                                              T: 971.229.1241 | F: 971.544.7092

with prejudice and without costs or attorney fees to any party.

     Respectfully submitted this 14th day of May, 2021.

By: <u>s/ Jesse Merrithew</u>
Jesse Merrithew, OSB No. 074564
Stephanie Pollan, OSB No. 064736
*Attorneys for Plaintiff*

By: <u>s/ Steve Kraemer</u>
Steve Kraemer, OSB No. 882476
Lauren Nweze, OSB No. 145218
*Attorney for Defendant Hillsboro*

By: <u>s/ Bradley Hill</u>
Bradley Hill, OSB No. 116381
John Barhoum, OSB #045150
*Attorney for Defendant Edwards*